IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| | Case Number 4:02CR8-OO1 (CDL) |
| vs. | * |
| RICARDO KIOWA GONZALES, | * |
| Defendant | * |

ORDER OF REFERRAL

IT IS ORDERED that Defendant's motion for appointment of counsel, filed April 27, 2005, *is* hereby referred to Magistrate Judge G. Mallon Faircloth, Post Office Box 117, Columbus, Georgia 31902, for a determination as to whether said motion should be granted.

SO ORDERED, this 28th day of April, 2005.

Gregory J. Leonard, Clerk

Terrie L. Smith, Deputy Clerk
At the Direction of the Court