# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

RICARDO KIOWA GONZALES, *

    Plaintiff, *

        CASE NO. 4:05-CV-___ CDL

VS. *

        In re: CASE NO. 4:02-CR-8

UNITED STATES OF AMERICA, *

    Defendant. *

## ORDER TO ANSWER

Plaintiff Gonzales has filed a civil action for monetary award and/or appointment of counsel to obtain relief arising from claims made in regard to *United States v. Gonzales,* 4:02-CR- 2, which was dismissed by Order of this court on August 6, 2002.

WHEREFORE, the United States Attorney is hereby ordered to file an Answer and/or other responsive pleadings addressing Petitioner's claims within thirty (30) days of the date of this Order.

SO ORDERED this 29th day of April 2005.

                                    S/ G. MALLON FAIRCLOTH
                                    UNITED STATES MAGISTRATE JUDGE