```
                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

UNITED STATES OF AMERICA           \*

                                   \*

vs.                                \*
                                           CASE NO. 4:02-CR-8 (CDL)
RICARDO KIOWA GONZALES             \*

                                   \*

ORDER ON REPORT AND RECOMMENDATION
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 5, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are hereby denied.

Accordingly, Petitioner's motion for appointment of counsel is denied.

IT IS SO ORDERED, this 20th day of September, 2005.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE