IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO. 4:02-CR-8 (CDL)

RICARDO KIOWA GONZALES

## NOTICE OF APPEAL

Notice is hereby given that Ricardo Kiowa Gonzales, acting in pro se manner, appeals to the United States Court of Appeals for the 11th Circuit from an order denying appointment of counsel entered on 20 September 2005.

Done this 26th Day of September 2005.

Respectfully Submitted,

Ricardo Kiowa Gonzales
Captain, U.S. Army
# 77558
U.S. Disciplinary Barracks
1300 N. Warehouse Road
Fort Leavenworth, KS 66027

I hereby declare in compliance with 28 U.S.C. section 1746 that this Notice of Appeal was deposited in the institution mail system, first-class postage pre-paid on 27 September, 2005.

# CERTIFICATE OF SERVICE

This is to certify that I have served on this date the within and foregoing NOTICE OF APPEAL upon the Honorable Deans S. Daskal, Assistant United States Attorney by first class mail, postage prepaid, addressed as follows:

    HONORABLE DEAN S. DASKAL
    ASSISTANT UNITED STATES ATTORNEY
    POST OFFICE BOX 2568
    COLUMBUS, GA 31902

This 27th day of September, 2005.

                      *Ricardo K. Gonzales*
                      Ricardo K. Gonzales
                      Pro Se

ADDRESS:
    BOX 77558
    U.S. Disciplinary Barracks
    FT. Leavenworth, KS 66027