GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

M E M O R A N D U M

**TO:** Ricardo Kiowa Gonzales

**FROM:** Clerk, U.S. District Court

**DATE:** October 6, 2005

**RE:** Case Number: 4:02-CR-8
U.S.A. v. Gonzales

Notice of Appeal in the above-referenced case was filed on October 6, 2005. Enclosed herewith is the *Eleventh Circuit Transcript Information Sheet.*

**You are to complete and file the original (yellow copy) of the** *Transcript Information Form* **no later than October 23, 2005, including those cases in which there was no hearing or for which no transcript is ordered. If ordering a transcript, and the pink and green pages to the approriate Court Reporter(s).** Send a photocopy of the *Transcript Information Form* along with an executed *Civil Appeal Statement Form,* which can be found at the district court's website (www.gamd.uscourts.gov), to the U.S. Court of Appeals, 56 Forsyth Street NW, Atlanta, GA 30303. A photocopy of the form should also be furnished to other parties or their counsel of record.

Sincerely,

Gregory J. Leonard, Clerk

S/ Timothy L. Frost
Deputy Clerk

Enclosures