**05-15541A** UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

October 6, 2005

Clerk, U.S. Court of Appeals--Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USDC No. 4:02-CR-8 (CDL)
USCA No.

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 0 7 2005
ATLANTA, GA.

In Re: U.S.A. v. Gonzales

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒ Certified copy of notice of appeal, docket entries, report and recommendation, ~~judgment~~, and opinion/order appealed from, enclosed. If opinion/order was oral, please check box. ☐

☒ First Notice of Appeal: ☒ Yes  ☐ No

☐ Certified record on appeal consisting of:

___ Volume(s) of pleadings, ___ Volume(s) of transcripts;
___ Volume(s) of exhibits/depositions; Other_____.
___ Volume(s) of supplemental pleadings; ___Volume(s) of supplemental transcripts

☒ There was no hearing from which a transcript can be made.

☐ Copy of CJA form appointing counsel.

☐ The following materials were SEALED in this court (order enclosed).

☒ The appellate docket fee has been paid: ☐ Yes  ☒ No
Date Paid:

☐ Appellant has been granted/denied leave to appeal *in forma pauperis* (copy of order granting/denying and/or Certificate of Appealability is enclosed).

☐ An appeal bond has been posted   ☐ Cost Bond ☐ Supersedeas Bond

☒ The judge appealed from is Judge Land

☐ The court reporter is

☐ This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐ This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Timothy L. Frost
Deputy Clerk