UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

United States of America

vs.

Ricardo Kiowa Gonzales

Case No. 4:02-CR-8
Court of Appeals NO: 05-15541-A

## REQUEST FOR GOVERNMENT PAYMENT OF TRANSCRIPT

Notice of Appeal in the above referenced case was filed on October 6, 2005. The Defendant is unable to obtain a CJA Form 24.

Pursuant to the Criminal Justice Act the Defendant hereby respectfully asks the Court to authorize government payment of transcripts. Attached to this motion is the "yellow" copy of the Transcript Order Information for the Eleventh Circuit.

The transcripts are necessary for the appeal. Allegations made by the Defendant can be substantiated by reviewing the transcripts.

Done this 13th Day of October 2005.

Respectfully submitted,

Ricardo Kiowa Gonzales
Box 77558, 1300 N. Warehouse
Ft. Leavenworth, KS 66027

I hereby certify that I have sent a copy of this MOTION FOR GOVERNMENT PAYMENT OF TRANSCRIPT to Government Counsel and the Court Reporter, addressed as follows: Honorable Dean S. Daskal, Assistant U.S. Attorney, PO Box 2568, Columbus, GA 31902; Court Reporting Associates, Inc. 577 Walnut St. Suite 101, Macon Ga 31201.

Ricardo K. Gonzales