UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

October 26, 2005

Clerk, U.S. Court of Appeals--Eleventh Circuit     USDC No. 4:02-CR-8 (CDL)
56 Forsyth Street, N.W.     USCA No. 05-15541-A
Atlanta, GA 30303

       In Re:   <u>Gonzales v. U.S.A.</u>

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☐     Certified copy of notice of appeal, docket entries, judgment, and opinion/order appealed from, enclosed. If opinion/order was oral, please check box. ☐

☐     First Notice of Appeal: ☐ Yes     ☐ No Date(s) of other notices: Date of Previous Appeal

☐     Certified record on appeal consisting of:

       ___ Volume(s) of pleadings, ___ Volume(s) of transcripts;
       ___ Volume(s) of exhibits/depositions; Other_____.
       ___ Volume(s) of supplemental pleadings; ___Volume(s) of supplemental transcripts

☐     There was no hearing from which a transcript can be made.

☐     Copy of CJA form appointing counsel.

☐     The following materials were <u>SEALED</u> in this court (order enclosed).

☐     The appellate docket fee has been paid: ☐ Yes     ☐ No
       Date Paid:

☒     Appellant has been granted/denied leave to appeal *in forma pauperis* (copy of order granting/denying and/or Certificate of Appealability is enclosed).

☐     An appeal bond has been posted     ☐ Cost Bond ☐ Supersedeas Bond

☐     The judge appealed from is Judge Land

☐     The court reporter is

☐     This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐     This is a DEATH PENALTY appeal.

                                         Sincerely,

                                         Gregory J. Leonard, Clerk

                                         S/ Timothy L. Frost
                                         Deputy Clerk