Clerk of the Court
United States District Court
Middle District of Georgia
Columbus, GA 31902

May 12, 2008

Dear Clerk of the Court,

Thank you for taking the time to read this letter. The purpose of this letter is to respectfully request a copy of a motion that I filed with your court approximately three years ago.

The case is under:

United States of America

v.

Ricardo Kiowa Gonzales
In Re Grand Jury Proceedings
Criminal No. 4:02-CR-8-2-CDL

The motion was received in your office on July 29, 2005 and was titled MOTION FOR DISCLOSURE of Grand Jury materials.

Again, thank you for taking the time to read this letter.

Respectfully,

Ricardo K. Gonzales
Box 77558
1300 N. Warehouse Rd.
Ft. Leavenworth, KS 66027